**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Case No.  17-41912-399 |
| ) | Chapter 13 |
| **VELMA BOGAN-FOWLKES**, ) | |
| a/k/a Velma Fowlkes, ) | |
| ) | |
| Debtor, ) | |
| ) | Hearing Date: February 3, 2021 |
| **U.S. BANK TRUST NATIONAL** ) | Hearing Time: 9:00 AM |
| **ASSOCIATION, AS TRUSTEE OF THE** ) | Location:  Courtroom 5 North |
| **FW SERIES I TRUST**, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Re:  Motion No. 71 |
| ) | |
| **VELMA BOGAN-FOWLKES** and ) | |
| **DIANA S. DAUGHERTY**, Trustee, ) | |
| ) | |
| Respondents. ) | |
| ) | |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

The matter before the Court is the Motion for Relief from Stay filed by U.S. Bank

Trust National Association, as trustee of the FW Series I Trust ("Movant"), and Debtor's

Consent to the Motion (document number 75); regarding the property commonly known

as **9242 Glen Garden Drive, St. Louis, MO 63136**; legally described as follows:

> **LOT 3 OF THE AMENDED PLAT OF HALLS FERRY ACRES UNIT NO,
> 1, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK
> 61 PAGE 15 OF THE ST. LOUIS COUNTY RECORDS**

Upon careful review of the record in this case, It is accordingly

**ORDERED** that the Motion for Relief from Stay be and it is **GRANTED BY**

**CONSENT** in that the stay provided for by Section 362 of Title 11, United States Code,

is terminated to permit the Movant, or its successors and assigns to foreclose its security

interest in the above described property and to pursue its remedies in accordance with

the security agreement and state law, including obtaining possession of the property after foreclosure; and that Movant, or its successors and assigns shall be permitted to communicate with the Debtor and Counsel for Debtor to the extent provided for under non-bankruptcy law.  It is further

**ORDERED** that the Chapter 13 Trustee is directed to discontinue payment on all claims secured by the property against which relief from the automatic stay is granted in this Order.  The Trustee is directed to resume payment on such claims on notification pursuant to L.B.R. 3021-1 A.  It is further

**ORDERED** that relief from the automatic stay is granted to Movant effective immediately and that relief from the automatic stay is not stayed for fourteen (14) days pursuant to Rule 4001.  All further relief prayed for by Movant is hereby DENIED.

DATED:  February 1, 2021
St. Louis, Missouri
jah

Barry S. Schermer
United States Bankruptcy Judge

**Order prepared by:**

**David V. Noyce**
11111 Nall Avenue, Suite 104
Leawood, KS 66211
ATTORNEY FOR MOVANT

**Copies to:**

**Jennifer Alter-Rieken**
2249 S. Brentwood Blvd.
Brentwood, MO 63144
ATTORNEY FOR DEBTOR

**Velma Bogan-Fowlkes**
4143 San Francisco Ave., 1st Floor
St. Louis, MO 63115
DEBTOR

**David V. Noyce**
11111 Nall Avenue, Suite 104
Leawood, KS 66211
ATTORNEY FOR MOVANT

**Diana S. Daugherty**
P.O. Box 430908
St. Louis, MO 63143
CHAPTER 13 TRUSTEE

**Office of U.S. Trustee**
111 S. 10th St., Ste. 6353
St. Louis, MO 63102
U.S. TRUSTEE